# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE COLUMBIA DIVISION

| | |
|---|---|
| RACHEL GUFFEY and ROBERT GUFFEY, | ) No. _____ |
| | ) |
| Plaintiff, | ) Judge _____ |
| v. | ) |
| | ) Magistrate Judge _____ |
| ERIC LAWYER and MAVERICK TRANSPORTATION, LLC, | ) |
| | ) Jury Demand |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant, Maverick Transportation, LLC ("Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Maury County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee, Columbia Division at Columbia, based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about March 7, 2023, by Plaintiff's filing of the Complaint in the Maury County Circuit Court in Columbia, Tennessee, Case No. 17455 (the "Complaint"). True and accurate copies of the pleadings served upon the Defendant in this action are attached as Exhibit A.

2. The Complaint was served on Defendant Maverick Transportation, LLC, on or about March 14, 2023, by service upon its registered agent. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is

timely in accordance with 28 U.S.C. § 1446. Mr. Lawyer has not been served, but he consents to the removal of this action.

3. The Complaint contains allegations of negligence, and negligence per se (Complaint pp 2-3). The Complaint seeks an amount to be determined by the trier of fact but "in excess of $250,000.00" in compensatory damages (Id., at p. 4). In conversation with Plaintiffs' counsel, she confirmed Plaintiff was seeking more than $75,000.00 in her Complaint.

4. The Plaintiff is a citizen and resident of Cannon County, Tennessee (Id., at ¶ 1)

5. Defendant Maverick Transportation, LLC, is a corporation organized under the laws of the State of Arkansas, with its principal place of business in North Little Rock, Arkansas. Defendant Eric Lawyer is a citizen of Russell County, Alabama.

6. The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the real parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. A copy of this Notice of Removal is being served by United States Mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Maury County Circuit Court in Jackson, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendant demands a jury to try this case.

WHEREFORE, Defendant, Maverick Transportation, LLC, prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Maury County Circuit Court in Columbia, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.


By: */s/ John R. Tarpley*
    John R. Tarpley, BPR # 9661
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN  37219
    (615) 259-1366

    *Attorney for Maverick Transportation, LLC*


### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be served on the following counsel of record via the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail and/or email.

Elizabeth Sitgreaves, Esq.
Law Offices of John Day, P.C.
5141 Virginia Waay, Suite 270
Brentwood, TN 37027

This the 4th day of April, 2023.

    /s/ *John R. Tarpley*
    John R. Tarpley