IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RACHEL GUFFEY and ROBERT GUFFEY, | ) ) ) |
| Plaintiffs, | ) ) NO. 1:23-cv-00019 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| ERIC LAWYER and MAVERICK TRANSPORTATION, LLC, | ) ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties (Doc. No. 27), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE